MARIO A. MOYA (CA Bar No. 262059)
REBECCA M. HOBERG (CA Bar No. 224086)
MOYA LAW FIRM
1300 Clay Street, Suite 600
Oakland, California 94612
Tel:  510.926.6521
Fax: 510.340.9055
Email:  mmoya@moyalawfirm.com
          rhoberg@moyalawfirm.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| JARED SCHERMER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 2:24-cv-07289-JXN-LDW<br><br>**ADMINISTRATIVE MOTION TO WITHDRAW AS A COUNSEL OF RECORD AND ORDER**<br><br>[Civ. L.R. 102.1] |

PLEASE TAKE NOTICE that, in light of the June 21, 2024 transfer order of the United States Judicial Panel on Multidistrict Litigation in the *In re Apple Inc Smartphone Antitrust Litigation*, MDL No. 3113, which transferred this case to this Honorable Court from the Northern District of California, the Moya Law Firm and its attorneys, Mario A. Moya and Rebecca M. Hoberg, hereby move this Court pursuant to District of New Jersey Local Civil Rule 102.1, to withdraw as existing counsel of record for Plaintiff Jared Schermer, on behalf of himself and all others similarly situated in the above-referenced action.  The law firm of Israel David LLC will remain as counsel of record for Plaintiff in this Court.

The undersigned counsel respectfully requests that all attorneys of the Moya Law Firm be removed from the docket as counsel for Plaintiff in this action. All other counsel listed on the docket from the law firm of Israel David LLC will continue to represent Plaintiff in this matter.

This request is unopposed, and the law firm of Israel David LLC intends to continue as counsel of record and concurs with this filing.

A proposed order is submitted below.

Dated: Aug. 16, 2024

Respectfully submitted,

/s/ *Mario A. Moya*

Mario A. Moya
Rebecca M. Hoberg

MOYA LAW FIRM
1300 Clay Street, Suite 600
Oakland, California 94612
Tel: 510.926.6521
Fax: 510.340.9055
Email: mmoya@moyalawfirm.com
rhoberg@moyalawfirm.com

### ORDER

The foregoing motion of the Moya Law Firm and its attorneys, Mario A. Moya and Rebecca M. Hoberg, to withdraw as counsel of record is GRANTED. The Clerk of the Court is directed to make the appropriate change in the docket, and the law firm of Israel David LLC will remain as counsel of record for Plaintiff in this Court. IT IS SO ORDERED.

Dated: August 20, 2024

*Leda Dunn Wettre*

Hon. Leda D. Wettre
U.S. Magistrate Judge